```
DANIEL BRODERICK, Bar #89424
Federal Defender
BENJAMIN GALLOWAY, Bar # 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARCELINO BARRAGAN-ORTEGA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARCELINO BARRAGAN-ORTEGA,<br><br>　　　　　　Defendant. | ) No. CR-S-08-529 LKK<br>)<br>)<br>) AMENDED ORDER AFTER HEARING/<br>) ORDER EXCLUDING TIME<br>)<br>)<br>)<br>) Judge: Hon. Lawrence K. Karlton<br>) |

　　　At the previous hearing, this matter was erroneously set for Status Conference on December 30, 2008. The period from the previous hearing to and including December 30, 2008 was excluded pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4). Subsequently, the parties were notified that the correct date for Status Conference is January 13, 2009.

　　　The parties agree that the period from November 21, 2008 to and including January 13, 2009 should be excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

1    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3161
2 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period
3 from November 21, 2008 to and including January 13, 2009 is excluded
4 from the time computations required by the Speedy Trial Act due to
5 ongoing preparation of counsel.
6 DATED: November 26, 2008

```
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```